[No. 9276-3-III. Division Three. June 13, 1989.]

ARNOLD LONGACRE, ET AL, *Appellants,* v. DONALD J. McKETA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Douglas County, No. 12787, Charles W. Cone, J., entered March 25, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.

[No. 9320-4-III. Division Three. June 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SALVADOR CHAVEZ ROMERO, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88-1-50059-1, Duane E. Tabor, J., entered April 26, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.

[No. 9153-8-III. Division Three. June 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL DONTRERAS ARAIZA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01055-0, Howard Hettinger, J., entered January 22, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.